SARAH KROLL-ROSENBAUM (SBN 272358)
skroll-rosenbaum@constangy.com
MATTHEW SCHOLL (SBN 301560)
mscholl@constangy.com
NANCY SOTOMAYOR (SBN 312022)
nsotomayor@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 Century Park East, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 909-7775
Facsimile: (424) 465-6630

Attorneys for Defendant
AMN SERVICES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| SARA WOEHRLE, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMN SERVICES, LLC a California Limited Liability Company; PROVIDENCE HEALTH SYSTEM-SOUTHERN CALIFORNIA, a California Corporation; an individual, and DOES 1-20 inclusive,<br><br>Defendants. | Case No. 2:19-cv-05282<br><br>**DECLARATION OF LISA LARSON IN SUPPORT OF AMN SERVICES, LLC'S NOTICE OF REMOVAL**<br><br>**[Class Action Fairness Act of 2005]** |
|---|---|

I Lisa Larson, declare as follows:

1.     I am the Vice President of Customer Solutions for AMN Healthcare, Inc., the parent company of AMN Services, LLC ("AMN"), a defendant in the above-captioned action.  Throughout my employment with AMN Healthcare, Inc., I have become familiar with AMN Healthcare, Inc. and AMN's business operations, including their corporate organization, and in my capacity as the Vice President of Customer Solutions, I have access to employment and payroll records

1

DECLARATION OF LISA LARSON ISO NOTICE OF REMOVAL

maintained by AMN in the normal course and scope of business. Except as may be noted below, I have knowledge of the facts set forth herein, and if called as a witness to this matter, I could and would testify truthfully to the facts set forth herein.

2. AMN was at the time of the filing of this action, and still is, a limited liability company organized under the laws of the State of North Carolina, having its principal place of business headquartered in the State of California. AMN is a wholly owned subsidiary of AMN Healthcare, Inc.

3. AMN Healthcare, Inc. which is a corporation organized under the laws of the State of Nevada, with its principal place of business headquartered in the State of California. AMN Healthcare, Inc.'s officers and directors, including the chief executive officer, chief financial officer, and may other executive officers and employees, work and direct the operations of AMN Healthcare, Inc. from its corporate headquarters in California.

4. During her employment with AMN, Plaintiff completed a "Tax Residence Declaration," in which she attested that she would maintain a permanent tax home in Georgia while working for AMN in California.

5. AMN provides short-term staffing solutions to healthcare facilities across the country, including in California, by locating and placing qualified healthcare professionals for assignments of various lengths. The standard length of an AMN assignment in California is 13 weeks, though the actual length may range from a few weeks to over a year. The majority of healthcare professionals employed in California contract with AMN to work three 12-hour shifts per week during their assignments.

6. As a function of my general responsibilities, I have access to employment and pay records for persons employed by AMN, including records for non-exempt healthcare professionals that have worked for AMN in California. AMN's records show that between May 2, 2015 and May 2, 2019, AMN employed

2

DECLARATION OF LISA LARSON ISO NOTICE OF REMOVAL

approximately 13,164 non-exempt healthcare professionals in California. These healthcare professionals worked approximately 27,802 assignments and 399,253 workweeks during this same period. They received an average straight-time rate of $28.45 per hour, and an average overtime rate of $42.68 per hour.

7.      Of the 13,164 putative class members, 10,208 (77.54%) reported to AMN that they maintained a permanent residence outside of California as of their most recent assignment for AMN and 2,956 (22.46%) reported that they maintained a permanent residence in California as of their most recent assignment.

8.      AMN records show that between May 2, 2018 and May 2, 2019, AMN employed approximately 5,338 non-exempt healthcare professionals in California—these healthcare professionals were paid on a weekly basis and received approximately 132,881 wage statements for a corresponding number of pay periods during this time period. Many of these 5,338 healthcare professionals worked in excess of 40 one-week pay periods during this same time period.

9.      Between May 2, 2016 and May 2, 2019, approximately 9,927 non-exempt healthcare professionals ended one or more assignments with AMN in California.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed this 14 day of June, 2019 at San Diego, California.

LISA LARSON

3

DECLARATION OF LISA LARSON ISO NOTICE OF REMOVAL