JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA WOEHRLE, on behalf of herself and others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>AMN SERVICES, LLC, a California Limited Liability Company; PROVIDENCE HEALTH SYSTEM–SOUTHERN CALIFORNIA, a California Corporation; an individual, and DOES 1-20, inclusive<br><br>Defendants. | Case No.: 2:19-cv-05282-DSF-KS<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND THE ACTION TO STATE COURT** |

1 | Pursuant to the Joint Stipulation to Remand the above-captioned Action to State Court for settlement purposes, and for good cause shown, the above-captioned Action is remanded to the Superior Court of the State of California for the County of Los Angeles as *Sara Woehrle v. AMN Services, LLC, et al.,* Case No. (Case No. 19STCV15213), in light of the Parties' agreement to settle this Action.

IT IS SO ORDERED.

DATED: March 4, 2022

*/s/ Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE